**DELAFIELD, MARSH, PORTER & HOPE, Appellants, v. George L. LONG, Joseph W. Ferris and Henry Leifert, as Trustees under a Declaration of Trust Dated as of July 1, 1938, Appellees.**

Nos. 46–51.

Circuit Court of Appeals, Second Circuit.

Oct. 30, 1939.

Delafield, Marsh, Porter & Hope, of New York City (John Ross Delafield and Eugene Blanc, Jr., both of New York City, of counsel), for appellants.

Charles H. Kriger, of Brooklyn, N. Y., for appellees.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Orders affirmed.

**O. G. DREHER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8453.

Circuit Court of Appeals, Sixth Circuit.

Nov. 10, 1939.

Albus & Greaney, of Washington, D. C., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, of Washington, D. C., for respondent.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

Upon reading the stipulation made and entered into by the above named parties, through their respective attorneys, and filed in this court, and in accordance with said stipulation, it is now ordered by this Court that the above and foregoing proceeding be, and the same is hereby, remanded to the said Board of Tax Appeals for further proceedings in accordance with the provisions of Section 214 of the Revenue Act of 1939, 26 U.S.C.A. § 214. And it is further ordered by this Court that the mandate in this cause issue forthwith to the said Board of Tax Appeals.

**John O. ENGLAND, Trustee In Bankruptcy of the Estate of Adrien Blanquie, Doing Business as City of Paris Dyeing and Cleaning Works, v. M. DUCASSE.**

No. 9194.

Circuit Court of Appeals, Ninth Circuit.

Dec. 4, 1939.

Grant H. Wren, of San Francisco, Cal. (James M. Conners, of San Francisco, Cal., of counsel), for appellant.

Stanley Jackson, Werner Olds, and Bertrand A. Bley, all of San Francisco, Cal. (Robert E. Halsing, of San Francisco, Cal., of counsel) for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs, and after oral argument of counsel for respective parties, ordered appeal in this cause dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue as provided in rule.